CHARLES L. ROWLAND, Appellant, *v.* THOMAS F. ROWLAND, Respondent.

Rowland v. Rowland, 40 App. Div. 607, affirmed.
(Argued June 13, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

April 21, 1899, affirming a judgment in favor of defendant entered upon the report of a referee.

*Edward P. Lyon* for appellant.

*John L. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and LANDON, JJ. Not sitting: CULLEN, J.